1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10  BRYAN A. N.,[1]                           Case No. 8:23-cv-00859-SSC

11                        Plaintiff,

12              v.                            **JUDGMENT**

13  MARTIN J. O'MALLEY,[2]

14  Commissioner of Social Security,

15                        Defendant.

16

17

18        IT IS HEREBY ADJUDGED that the decision of the

19  Commissioner of the Social Security Administration is affirmed

20

21

22

23

24

---

25    [1] Plaintiff's name is redacted in accordance with Rule 5.2(c)(2)(B)
      of the Federal Rules of Civil Procedure and the recommendation of the
26    Committee on Court Administration and Case Management of the
      Judicial Conference of the United States.
27
      [2] The Commissioner's name has been updated in accordance with
28    the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

consistent with the Memorandum and Order filed concurrently
herewith.

DATED: August 27, 2024

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE